THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE CONFERENCE GROUP, LLC,<br><br>Defendant. | CASE NO. 1:21-cv-00632-MN<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or RBDS") files this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant The Conference Group, LLC with prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: August 5, 2021

Respectfully Submitted,

*/s/David W. deBruin*
**David W. deBruin, Esq.**
**Gawthrop Greenwood, PC**
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
302-777-5353
ddebruin@gawthrop.com

**ATTORNEYS FOR PLAINTIFF**